GLORIA YEATER, Plaintiff-Appellant, *v.* DECATUR PARK DISTRICT *et al.*, Defendants-Appellees.

(No. 11518; )

Fourth District—December 6, 1972.

Opinion by Mr. PRESIDING JUSTICE CRAVEN.

958

Richard P. Reising and Robert D. Owen, both of Owen, Roberts, Susler & Taylor, of Decatur, for appellant.

Rosenberg, Rosenberg, Bickes & Johnson, of Decatur, (Emmanuel Rosenberg, Joseph L. Rosenberg, and Wayne L. Bickes, of counsel,) for appellees.